UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA FLORES,<br><br>                Plaintiff,<br><br>  -vs-<br><br>WALMART STORES, INC., a Delaware corporation,<br><br>                Defendants. | NO.  CV-11-334-LRS<br><br>ORDER OF DISMISSAL OF ONE CLAIM ONLY |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii), the parties entered a "Stipulation and Order of Dismissal of Plaintiff's Claims for Wrongful Discharge in Violation of Public Policy Only" on February 21, 2012. (ECF No. 9).  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claim for Wrongful Discharge in Violation of Public Policy in the above-entitled action is dismissed with prejudice pursuant to the stipulation of the parties.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 8th day of March, 2012.

                                              *s/Lonny R. Suko*

                                        LONNY R. SUKO
                          UNITED STATES DISTRICT JUDGE

ORDER