AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PATRICIA FLORES,

                    Plaintiff,

             v.

WALMART STORES, INC., a Delaware corporation,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-334-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of the Defendant.

November 27, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson